STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, Respondent, *v.* 1231 PARK AVE. HOLDING CO., INC., et al., Defendants.

JOSHUA MORRISON et al., Appellants.

Submitted November 22, 1943; decided December 2, 1943.

*Leslie Kirsch* for motion.

*Mitchell Salem Fisher* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellants file the required undertaking and pay ten dollars costs, in which event the motion is denied, with leave, however (if the undertaking be so filed and the ten dollars costs paid), to plaintiff to raise anew on the argument, if it be so advised, the question as to whether appellants are parties aggrieved.